# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  **CASE NO: 6:22-mj-2309-DAB**

**THOMAS PAVEY**

AUSA: Chauncey Bratt

Defense Attorney: N/A

| JUDGE: | **DAVID A. BAKER**<br>United States Magistrate Judge | DATE AND TIME: | **December 21, 2022**<br>2:33 P.M. – 2:42 P.M. |
|---|---|---|---|
| Courtroom: | 3C | TOTAL TIME: | 9 Minutes |
| DEPUTY CLERK: | Jenifer White | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Juan Cabrera |

### CLERK'S MINUTES
INITIAL APPEARANCE RULE 5 (NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION)

Case called, appearances made, procedural setting by the Court.
Defendant does not qualify for court appointed counsel. Defendant to retain private counsel.
Court advises defendant of his rights, including Rule 20 rights.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Government oral motion for detention.
Defendant reserves his right to a detention & preliminary hearing without prejudice.
Defendant to be detained pending further order of this court.
Court adjourned.